| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321) |
|  | United States Attorney |
| 2 | JAY R. WEILL (CSBN 75434) |
|  | Assistant United States Attorney |
| 3 | Chief, Tax Division |
| 4 | 10th Floor Federal Building |
|  | 450 Golden Gate Avenue, Box 36055 |
| 5 | San Francisco, CA 94102 |
|  | Telephone:  (415) 436-7017 |
| 6 | Fax:          (415) 436-6748 |
| 7 | Attorneys for the United States of America |

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and SARA BENTLEY, Revenue Officer,** | ) ) NO. C-06-3916-CRB |
| Petitioners, | ) ) |
| v. | ) **APPLICATION TO DISMISS** ) **VERIFIED PETITION TO ENFORCE** ) **INTERNAL REVENUE SERVICE** ) **SUMMONSES AND ORDER** |
| **AL KOJASTEL,** | ) ) |
| Respondent. | ) ) ) |

The United States of America dismisses the Petition To Enforce filed on June 23, 2006 because the respondent has complied with the summons.

KEVIN V. RYAN
United States Attorney

/s/ Jay R. Weill
JAY R. WEILL
Assistant United States Attorney
Chief, Tax Division

SO ORDERED:

DATED: September 28, 2006

CHARLES R. BREYER
UNITED STATES JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer